**MEMORANDUM**

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

FILED

2007 JAN 29 A 10: 14

EASTERN DISTRICT [...]

BY _____ T. CLERK

**FROM:** U.S. District Judge Curtis L. Collier

**SUBJECT:** Advance Authorization for Expert Services

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Helen Evette Sanders - 4:06-cr-8

**Name of Expert:** David A. Rose, Ph.D.

**Address:** 701 Cherokee Boulevard, Suite A, Chattanooga, Tennessee 37405

**Type of Expert:** Psychologist

**Reason for Application:** The reason for the application is set out in the attached Motion for Services of Mental Health Expert and Memorandum in Support. Counsel for defendant has advised psychological services will require an additional cost of $3,000.00 for a total approved amount of $4,600.00. Also attached is a letter from David A. Rose, Ph.D.

**Estimated Compensation.** $4,600.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $3,000.00.

_Curtis L. Collier_                    _____
**U.S. District Judge Curtis L. Collier**     Date

_Alice M. Batchelder_                   _____
**Honorable Alice M. Batchelder**        Date
**U.S. Court of Appeals**